NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHYLLIS A. HUMPHREY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7061

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-878, Judge Alan G. Lance, Sr.

---

## ORDER

Phyllis A. Humphrey has not responded to the court's March 24, 2010 order directing her to show cause why this appeal should not be dismissed as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

NOV 3 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Phyllis A. Humphrey
    Michael D. Snyder, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK